# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - CHANGE OF PLEA

Case No.: **EDCR21-0048-JGB**  Date: **October 31, 2022**

Present: The Honorable **Jesus G. Bernal**, ☑ District Judge / ☐ Magistrate Judge

| Maynor Galvez | Phyllis A. Preston | n/a | Mitchell Suliman |
|---|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Interpreter* | *Assistant U.S. Attorney* |

**USA v. DEFENDANT(S) PRESENT**

FINN JOSHUA WIGEN
☑ Custody ☐ Bond ☐ O/R

**ATTORNEYS PRESENT FOR DEFENDANTS**

Charles Eaton, DFPD
☑ Appointed ☐ Retained

**PROCEEDINGS:** CHANGE OF PLEA

☑ Defendant moves to change plea to the Indictment.
☑ Defendant now enters a new and different plea of Guilty to Count(s) **One** of the Indictment.

☑ The Court questions the defendant regarding plea of Guilty and finds it knowledgeable and voluntary and orders the plea accepted and entered
☑ The Court refers the defendant to the Probation Office for investigation and report and continues the matter to **January 23, 2023, at 2:00 p.m.,** for sentencing.
☑ The Court vacates the court and/or jury trial date.
☐ The pretrial conference set for _____ is off calendar as to defendant _____.
☐ Court orders:

☐ Other:

: 20

Initials of Deputy Clerk **mg**

cc: USPO/USM-ED